IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSE ISRAEL CASTILLO PADILLA, :
:
    Plaintiff, :
: Civil Action No. 1:16-cv-00848-RC
v. :
:
SICHUAN PAVILION, D.C., INC., ET AL.,:
:
    Defendants. :

## LINE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses, without prejudice, the above-captioned action.

        Respectfully submitted,

        STEIN SPERLING BENNETT
        DE JONG DRISCOLL PC

By:     /s/ *Mary Craine Lombardo*
        Mary Craine Lombardo (495881)
        25 West Middle Lane
        Rockville, Maryland 20850
        301-340-2020
        301-354-8126 (facsimile)
        mlombardo@steinsperling.com

        *Attorneys for Plaintiff*

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

4772977_1

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 7th day of September, 2016, a copy of the foregoing was mailed, first class, postage prepaid, to the following person(s):

    Chiang Kevin Ku
    1814 K Street NW
    Washington, DC  20006

    /s/ *Mary Craine Lombardo*
    Mary Craine Lombardo

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

4772977_1